UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X

JOHL SMILOWSKI,

                         Plaintiff,

       -against-

THE CITY OF NEW YORK; SUPERVISOR P.O.
JOHN DOE #1; P.O. RYAN MCCARTHY, Shield
#02749; P.O. JANE DOE #1; P.O. JOHN DOES
1-3; the individual defendants sued
individually and in their official
capacities,

                        Defendants.

---------------------------------------- X

**NOTICE OF VOLUNTARY DISMISSAL**

10-cv-6440 (JGK)

       PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses this action, based upon the City of New York not being the proper party in this action for officers assigned to the Port Authority Police Department.


DATED:    Brooklyn, New York
           September 27, 2010

                                    NATALI J.H. TODD, ESQ.
                                    *Attorney for Plaintiff*
                                    189 Montague Street, Suite 508
                                    Brooklyn, NY  11201
                                    (718) 797-3055
                                    natali_todd@yahoo.com
                                    By:

                                    _____s/_____
                                    NATALI J.H. TODD