UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X

JOHL SMILOWSKI,

                             Plaintiff,

            -against-

THE CITY OF NEW YORK; SUPERVISOR P.O.
JOHN DOE #1; P.O. RYAN MCCARTHY, Shield
#02749; P.O. JANE DOE #1; P.O. JOHN DOES
1-3; the individual defendants sued
individually and in their official
capacities,

                        Defendants.

----------------------------------------- X

**NOTICE OF VOLUNTARY DISMISSAL**

10-cv-6440 (JGK)

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses this action, based upon the City of New York not being the proper party in this action for officers assigned to the Port Authority Police Department.


DATED:      Brooklyn, New York
              September 27, 2010

NATALI J.H. TODD, ESQ.
*Attorney for Plaintiff*
189 Montague Street, Suite 508
Brooklyn, NY  11201
(718) 797-3055
natali_todd@yahoo.com
By:

     s/
NATALI J.H. TODD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-1-10